

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

**HIGHLY CONFIDENTIAL - FILED UNDER SEAL**

April 29, 2020

<u>**VIA ECF**</u>
Hon. Steven C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *In re Fetzima*
              Civil Action No. 2:17-cv-10230 (ES)(SCM)

Dear Judge Mannion:



Hon. Steven C. Mannion, U.S.M.J.
April 29, 2020
Page 2



Hon. Steven C. Mannion, U.S.M.J.
April 29, 2020
Page 3



Hon. Steven C. Mannion, U.S.M.J.
April 29, 2020
Page 4



Hon. Steven C. Mannion, U.S.M.J.
April 29, 2020
Page 5



Hon. Steven C. Mannion, U.S.M.J.
April 29, 2020
Page 6

Hon. Steven C. Mannion, U.S.M.J.
April 29, 2020
Page 7

The Parties look forward to discussing the above issues and any other issues that Your Honor wishes to address. Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

Encl.
cc: Counsel of Record (via ECF and e-mail)